# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5526 ODW(Ex) | Date | February 11, 2010 |
|---|---|---|---|
| Title | LA Printex Industries, Inc. v. Macy's Retail Holdings, Inc., et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Raymond Neal | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**   **Order Continuing Scheduling Conference;**

**Order to Show Cause Re: (1) Why Case Should Not Be Dismissed; (2) Why Sanctions Should Not Be Imposed for Failure to File a Joint Rule 26(f) Report**

Pursuant to the Order Setting Scheduling Conference [10] issued by the Court on October 29, 2009, the parties were to file a Joint Rule 26(f) Report no later than fourteen (14) days prior to the Scheduling Conference. The Scheduling Order reads, in pertinent part, "The failure to submit a joint report in advance of the Scheduling Conference or the failure to attend the Scheduling Conference may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions."

As of this date, the Court has not received the Joint Rule 26(f) Report in connection with the Scheduling Conference presently set for February 22, 2010 at 1:30 p.m. Accordingly, the Scheduling Conference in the above entitled matter is hereby continued to **Monday, March 15, 2010 at 1:30 p.m.** The parties are ordered to meet and confer no later than **Monday, March 1, 2010.** Furthermore, the parties are ordered to file their Joint Rule 26(f) Report with the Court no later than **Monday, March 8, 2010.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5526 ODW(Ex) | Date | February 11, 2010 |
|---|---|---|---|
| Title | LA Printex Industries, Inc. v. Macy's Retail Holdings, Inc., et al. | | |

    The Court hereby issues to counsel for all parties an Order to Show Cause Re: (1) Why the case should not be dismissed for failure to comply with the Court's Order Setting Scheduling Conference; (2) Why sanctions should not be imposed for failure to timely file the Joint Rule 26(f) Report. A joint written response to the OSC is due on the same date the Joint Rule 26(f) Report is now due. A hearing on the OSC will be held at the time of the Scheduling Conference.

IT IS SO ORDERED.

                                                                                                       : 00

Initials of Preparer    RGN